

# Fourth Court of Appeals
## San Antonio, Texas

January 16, 2019

No. 04-18-00753-CV

Kenneth **GIBUSSA**,
Appellant

v.

Sylvia **NYAUCHO**, Benta Okweso Cornel and Lamech Hamisi,
Appellees

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI05422
Honorable Norma Gonzales, Judge Presiding

## O R D E R

On December 21, 2018, this court issued an order noting appellant sought to appeal a summary judgment signed on July 24, 2018 which appeared to be interlocutory because it did not dispose of the claims against Lamech Hamisi, and no severance order appeared in the record. Our order further noted a summary judgment that does not dispose of all parties and causes of action is not final and appealable. *Lehmann v. Har–Con Corp.*, 39 S.W.3d 191, 192–93 (Tex.2001). Appellant was ordered to show cause in writing by January 7, 2019, why this appeal should not be dismissed for lack of jurisdiction.

On January 9, 2019, appellant filed a motion requesting additional time to file his response. The motion is GRANTED, and appellant's response to this court's December 21, 2018 order must be filed in this court no later than January 28, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of January, 2019.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court